# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO CANEDO, et al., <br>                      Plaintiff, <br> v. <br> PACIFIC BELL TELEPHONE CO., et al., <br>                      Defendant. | Case No.: 17cv1879-LAB (KSC) <br><br> **ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 22) is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: January 18, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge